### THE WHITE SEAL.

#### THE LIZZIE CRAWFORD.

(District Court, E. D. Pennsylvania. October 15, 1907.)

No. 37 of 1904.

In Admiralty. On final hearing.

Joseph Hill Brinton, for libelant.
Edward F. Pugh, for respondent.

HOLLAND, District Judge. In this case the petition and libel are dismissed, at the cost of the libelant, for the reasons given in the decision this day rendered in No. 44 of 1904. 156 Fed. 201.